No. 04–10308. KALASHO v. REPUBLIC OF IRAQ ET AL., *ante,* p. 845;

No. 05–321. HICKS v. UNITED STATES, *ante,* p. 1089;

No. 05–466. SCHEELER, INDIVIDUALLY AND ON BEHALF OF SCHEELER, ET AL. v. CITY OF ST. CLOUD, MINNESOTA, ET AL., *ante,* p. 1090;

No. 05–561. TOCCI v. FORT WAYNE-ALLEN COUNTY AIRPORT AUTHORITY ET AL., *ante,* p. 1093;

No. 05–570. PERNETT v. AMERICAN AIRLINES, INC., ET AL., *ante,* p. 1093;

No. 05–627. PARKS, CHIEF, LOS ANGELES POLICE DEPARTMENT v. DIAZ, *ante,* p. 1131;

No. 05–655. TAYLOR v. GEORGIA DEPARTMENT OF PUBLIC SAFETY ET AL., *ante,* p. 1095;

No. 05–715. HAWKINS v. UNITED STATES, *ante,* p. 1096;

No. 05–6322. REEVES v. UNITED STATES, *ante,* p. 956;

No. 05–6706. DUNKINS v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1042;

No. 05–7072. THOMAS v. MINNEAPOLIS PUBLIC SCHOOLS ET AL., *ante,* p. 1101;

No. 05–7177. MONTGOMERY v. COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT, *ante,* p. 1102;

No. 05–7288. PRIDGEN v. UNITED STATES, *ante,* p. 1053;

No. 05–7306. KESSLER v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante,* p. 1105;

No. 05–7356. PARKER v. WARNER, GOVERNOR OF VIRGINIA, ET AL., *ante,* p. 1107;

No. 05–7408. GENEVIER v. LOS ANGELES COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES ET AL., *ante,* p. 1108;

No. 05–7429. IN RE EVANS, *ante,* p. 1088; and

No. 05–7872. GREENUP v. UNITED STATES, *ante,* p. 1124. Petitions for rehearing denied.

No. 05–639. JONES v. LUCENT TECHNOLOGIES, INC., *ante,* p. 1131;

No. 05–7389. PARKER v. MINETA, SECRETARY OF TRANSPORTATION, ET AL., *ante,* p. 1131; and